UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                    Plaintiff,

                                                                               SCHEDULING ORDER

                                                                               03-CR-6146L

                    v.

SAID DOULEH,

                                    Defendant.
_____

      By order filed June 22, 2005, the Second Circuit has remanded the case and directed this Court to vacate the judgment and resentence the defendant. To assist the Court, I request that defendant submit a filing as to your position on whether and how *United States v. Booker*, 125 S. Ct. 738 (2005) should affect the previously imposed sentence in this case. That submission must be filed within twenty (20) days of this order. Counsel should contact Sue Oogjen at (585) 613-4011 to issue a new set of CJA appointment papers, if necessary. The Government must respond two weeks thereafter. Upon receipt of the papers, the Court will schedule the case for sentencing proceedings.

      IT IS SO ORDERED.

                                                            _____
                                                                DAVID G. LARIMER
                                                               United States District Judge

Dated: Rochester, New York
        July 22, 2005.

- 2 -